

**Douglas H. Wigdor**
dwigdor@wigdorlaw.com

May 23, 2024

<u>**VIA ECF**</u>

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square, Room 1305
New York, NY 10007

   Re: <u>Martin v. CitiBank *et al.*, Case No: 1:24-cv-003949</u>

Dear Judge Engelmayer:

We represent Plaintiff Kathleen Martin in connection with her claims against Defendants CitiBank, N.A. and Anand Selva.

On May 22, 2024, we filed a Complaint in this action (Dkt. 1). The Complaint was erroneously filed without the attached Exhibits referenced in the body of the document.

This letter seeks Your Honor's approval to file the Complaint with attached Exhibits as a corrected Complaint.

We thank Your Honor for the Court's time and consideration of this matter.

Respectfully submitted,

Douglas H. Wigdor