UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KATHLEEN MARTIN,

                                        Plaintiff,                          24 Civ. 3949 (PAE)

                    -v-
                                                                            ORDER

CITIBANK, N.A.,

                                        Defendant.

---

PAUL A. ENGELMAYER, District Judge:

On June 27, 2024, defendant filed a motion to dismiss the complaint under Rule 12 of the

Federal Rules of Civil Procedure.  Dkt. 15.  Under Rule 15(a)(1)(B), a plaintiff has 21 days after

the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

Accordingly, it is hereby ORDERED that plaintiff shall file any amended complaint by

July 18, 2024.  No further opportunities to amend will ordinarily be granted.  If plaintiff does

amend, by August 8, 2024, defendant shall: (1) file an answer; (2) file a new motion to dismiss;

or (3) submit a letter to the Court, copying plaintiff, stating that it relies on the previously filed

motion to dismiss.[1]

It is further ORDERED that if no amended complaint is filed, plaintiff shall serve any

opposition to the motion to dismiss by July 18, 2024.  Defendant's reply, if any, shall be served

by August 1, 2024.  At the time any reply is served, the moving party shall supply the Court with

a courtesy copy of all motion papers by attaching them as PDF files to a single email addressed

to EngelmayerNYSDChambers@nysd.uscourts.gov.

---

[1] If defendant files a new motion to dismiss or relies on its previous motion, plaintiff's
opposition will be due 14 days thereafter, and defendant's reply, if any, will be due seven days
after that.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: June 28, 2024
       New York, New York