UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KATHLEEN MARTIN,

                                    Plaintiff,

                   -v-

CITIBANK, N.A. & ANAND SELVA,

                                  Defendants.

24 Civ. 3949 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On June 27, 2024, defendants Citibank N.A. ("Citibank") and Anand Selva moved to dismiss the Complaint. Dkt. 14. Per the Court's amend-or-oppose order, on July 18, 2024, plaintiff filed an Amended Complaint. Dkt. 18. Defendants have elected to file an answer, *see* Dkt. 21, instead of renewing their motion to dismiss. Accordingly, the Court denies the motion to dismiss as moot.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: August 27, 2024
         New York, New York