

**Valdi Licul**
vlicul@wigdorlaw.com

**VIA ECF**

The Honorable Jeannette A. Vargas
United States District Court
Southern District Court of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 250
New York, NY 10007

      Re:    Martin v. CitiBank, N.A. *et al*.; Civil Case. No. 1:24-cv-3949 (JAV)

Dear Judge Vargas:

We represent Plaintiff Kathleen Martin in this matter and write jointly with Defendants pursuant to Section 9(A) of Your Honor's Individual Rules and Practices in Civil Cases. The Parties respectfully request that the Court issue an order terminating the case without prejudice to either party moving to re-open the matter within forty-five days.

Respectfully submitted,

Valdi Licul

CC: All counsel of record (*via* ECF)

85 FIFTH AVENUE  |  NEW YORK, NY 10003  |  212 257 6800  |  WIGDORLAW.COM