UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHLEEN MARTIN,

    Plaintiff,

-against-

CITIBANK, N.A., and ANAND SELVA,

    Defendants.

Civil No. 1:24-cv-03949 (JAV)

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) Plaintiff Kathleen Martin and Defendants Citibank, N.A. and Anand Selva, through their respective counsel, hereby stipulate that all of Plaintiff's claims against Defendants in the above-captioned action shall be, and hereby are, dismissed with prejudice, and that the action is dismissed, with each party bearing its own costs and attorney's fees, and Plaintiff having waived all rights of appeal.

STIPULATED AND AGREED:

By: _____
Douglas H. Wigdor
Valdi Licul
William Racz Baker
WIGDOR LLP
85 Fifth Avenue
New York, New York 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
dwigdor@wigdorlaw.com
vlicul@wigdorlaw.com
wbaker@wigdorlaw.com

*Counsel for Plaintiff*

Dated: May 23, 2025

By: _____
Thomas A. Linthorst
Lucas D. Hakkenberg
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178
Telephone: (212) 309-6000
Facsimile: (212) 309-6001
thomas.linthorst@morganlewis.com
lucas.hakkenberg@morganlewis.com

*Counsel for Defendants*

Dated: May 23, 2025

SO ORDERED.

Dated: May 23, 2025

New York, New York

*Jeannette Vargas*
JEANNETTE A. VARGAS
United States District Judge